UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | |
| | CASE NO.: 25-11045-LRC |
| KORY MITCHELL LEVON CRITTENDEN, | |
| | CHAPTER 13 |
| DEBTOR. | JUDGE LISA RITCHEY CRAIG |
| --------------------------------------------------------------- | |
| MELISSA J. DAVEY, | |
| STANDING CHAPTER 13 TRUSTEE, | |
| Movant, | |
| | |
| v. | CONTESTED MATTER |
| | |
| KORY MITCHELL LEVON CRITTENDEN, | |
| Respondent. | |
| --------------------------------------------------------------- | |

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS

    Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

    1.    The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

    2.    Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2024.

    3.    The Debtor has failed to provide the Trustee with a copy of the 2024 federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i). As the Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting of creditors, the Trustee requires a sworn statement by the Debtor, in addition to the tax

return, that the tax return provided is a true copy of the most recent tax return filed.

4. Pursuant to information received from the Internal Revenue Service, 2024 tax returns have not been provided to the taxing authorities, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

5. The Chapter 13 Plan appears to be infeasible because the budget in the Schedules fails to include an expense for retirement contribution. 11 U.S.C. Section 1325(a)(6).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: August 22, 2025

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 25-11045-LRC |
| | ) | |
| KORY MITCHELL LEVON CRITTENDEN, | ) ) ) | CHAPTER 13 |
| | ) | JUDGE LISA RITCHEY CRAIG |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's  Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICES OF STANLEY J. KAKOL. JR., LLC

    I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:
KORY MITCHELL LEVON CRITTENDEN
110 VALLEY GREEN DRIVE
FAYETTEVILLE, GA  30214

Dated: August 22, 2025

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com