UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.: 25-11045-LRC |
| KORY MITCHELL LEVON CRITTENDEN | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL
FOLLOWING CONFIRMATION HEARING ON SEPTEMBER 30, 2025**

At the hearing on Confirmation on September 30, 2025, the Trustee announced an agreement that the Debtor would do the following within ten (10) days: provide a copy of the 2024 federal income tax return. Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

1. Debtor has failed to provide a copy of the 2024 federal income tax return.

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal.**

This the 21st day of October, 2025.

Respectfully Submitted,

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                                          )           CASE NO.:  25-11045-LRC
                                                                )
KORY MITCHELL LEVON CRITTENDEN    )
                                                                )           CHAPTER 13
        DEBTOR                                          )
                                                                )           JUDGE LISA RITCHEY CRAIG
                                                                )

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report  Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICES OF STANLEY J. KAKOL. JR., LLC

      I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

KORY MITCHELL LEVON CRITTENDEN
110 VALLEY GREEN DRIVE
FAYETTEVILLE, GA  30214

This the 21st day of October, 2025.

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com